```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 00009
   MARY ANN BUCKHEISTER
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-4224


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/02/07 and confirmed on 04/16/07.

    2.  The case was dismissed after confirmation, 11/01/2007.

    3.  The Debtor paid a total of $  13194.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
HSBC MORTGAGE SERVICES     CURRENT MORTG       .00             .00           .00
HSBC MORTGAGE SERVICES     SECURED             .00             .00           .00
AMERICAN GENERAL FINANCE   SECURED VEHIC   4555.00          167.66       2138.50
HEALTHCARE ASSOC CREDIT    SECURED        19727.92          609.49       5539.42
FIRST MIDWEST BANK         SECURED VEHIC   1648.25          112.27       1648.25
BECKET & LEE LLP           UNSECURED       6224.72             .00         32.58
BECKET & LEE LLP           UNSECURED      NOT FILED            .00           .00
BECKET & LEE LLP           UNSECURED       1470.93             .00           .00
BECKET & LEE LLP           UNSECURED      NOT FILED            .00           .00
BLITT & GAINES PC          UNSECURED      NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED       4273.90             .00         41.61
CHASE MANHATTAN BANK USA   UNSECURED      NOT FILED            .00           .00
BANK ONE/CHASE             UNSECURED        107.06             .00           .00
GREENTREE                  UNSECURED      43210.17             .00        430.22
MARATHON                   UNSECURED      NOT FILED            .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED      22891.44             .00        227.91
ECAST SETTLEMENT CORPORA   UNSECURED        958.52             .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED        907.65             .00           .00
CITIBANK NA                UNSECURED      NOT FILED            .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED       4822.38             .00         48.01
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
RESURGENT CAPITAL SERVIC   UNSECURED       4870.96             .00         47.25
WELLS FARGO FINANCIAL RE   UNSECURED      NOT FILED            .00           .00
         Summary of disbursements:
------------------------------------------------------------------------
                     SECURED        PRIORITY      UNSECURED       OTHER        TOTAL

TOTAL CLMS ALLOWED    25931.17           .00       89737.73          .00    115668.90
```

```
PRINCIPAL PAID             9326.17          .00       827.58         .00    10153.75
INTEREST PAID               889.42          .00          .00         .00      889.42
TOTAL PAID                10215.59          .00       827.58         .00    11043.17
```

The Debtor's attorney, JAMES A YOUNG & ASSOC        , was allowed $   2500.00 and was paid $    750.00   direct and $   1750.00   through the plan.

The Trustee received $    400.83 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/11/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 07 B 00009 MARY ANN BUCKHEISTER